UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00243 |
| | ) | JUDGE CAMPBELL |
| MARILYN GREENE | ) | |

ORDER

Pending before the Court is Defendant Greene's Motion to Join Motion to Suppress and Memorandum in Support of Motion to Suppress of Co-Defendant Gerry Campbell (Docket No. 57). The Motion is GRANTED.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE