UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00243 |
| | ) | JUDGE CAMPBELL |
| GERRY CAMPBELL and MARILYN GREENE | ) | |

## ORDER

Pending before the Court is Defendant Marilyn Greene's Motion for Brief Continuance of Plea Hearing (Docket No. 72). The Motion is GRANTED.

The pretrial conference and/or change of plea hearing scheduled for November 5, 2012, is RESCHEDULED for November 9, 2012, at 11:00 a.m. for all Defendants.

Any plea agreement or petition to enter a plea of guilty shall be submitted in advance of the hearing.

It is so ORDERED.

                                                        TODD J. CAMPBELL
                                                       UNITED STATES DISTRICT JUDGE