UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00243 |
| | ) | JUDGE CAMPBELL |
| GERRY CAMPBELL and MARILYN GREENE | ) | |

## ORDER

Pending before the Court is Defendant Gerry Campbell's Motion to Continue Plea Hearing (Docket No. 74). In light of Order (Docket No. 73), the Motion is moot.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE