UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-00243 |
| ) | JUDGE CAMPBELL |
| GERRY CAMPBELL and MARILYN GREENE ) | |

## ORDER

In light of an ongoing criminal trial involving counsel for Defendant Greene, the change of plea hearing is rescheduled to Tuesday, November 13, 2012, at 12:00 p.m.

The trial date and time for any Defendant who intends to go to trial remains Tuesday, November 13, 2012, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE