UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00243 |
| | ) | JUDGE CAMPBELL |
| GERRY CAMPBELL | ) | |

### ORDER

The sentencing hearing in this case is set for February 4, 2013, at 9:00 a.m. The Defendant shall remain on his current conditions of release pending further order of the Court. The Defendant shall attend all Court hearings in this case.

All motions for a departure or pursuant to <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

It is so ORDERED.

                                                                         _____
                                                                         TODD J. CAMPBELL
                                                                         UNITED STATES DISTRICT JUDGE