UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00243 |
| | ) | JUDGE CAMPBELL |
| GERRY CAMPBELL | ) | |
| MARILYNN GREENE | ) | |

ORDER

Pending before the Court is the Government's Motion To Extend Supplemental Filings Deadline (Docket No. 96). Through the Motion, the Government seeks to extend the supplemental filings deadline by one day, to March 12, 2013. The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE