UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00243 |
| | ) | JUDGE CAMPBELL |
| MARILYN GREENE | ) | |

ORDER

Pending before the Court is Defendant Marilyn Greene's Motion to Modify Self-Reporting

Date (Docket No. 112). The Motion is GRANTED.

The Defendant shall surrender for service of sentence at the institution designated by the

Bureau of Prisons by May 26, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE